IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| June L. Wagner | * | |
|     Plaintiff(s) | | |
| | * | |
| vs. | | Civil No.: L-02-3582 |
| | * | |
| Anchor Packing Co etal | | |
|     Defendant(s) | * | |

******

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this _20_ day of _December_, 20___,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

                                        Benson E. Legg
                                        United States District Judge