# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUNE L. WAGNER, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. BEK-02-cv-3582 |
| ANCHOR PACKING COMPANY., et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Melodie M. Mabanta only, and substitute the appearance of Genevieve Marshall as counsel for Defendant, John Crane Inc. in this action. Deborah L. Robinson, Peter A. Woolson and Robinson Woolson, P.A. remain as counsel for Defendant John Crane Inc.

ROBINSON WOOLSON, P.A.

By: */s/ Genevieve Marshall*
Deborah L. Robinson
Federal Bar No. 02201
Peter A. Woolson
Federal Bar No. 04448
Genevieve Marshall
Federal Bar No. 27591
217 East Redwood Street, Suite 1500
Baltimore, Maryland  21202
410.625.0000

Attorneys for Defendant, John Crane Inc.