IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE: PERSONAL INJURY ASBESTOS LITIGATION (VI) | * |
| This Document Relates to: | * |
| <u>Westinghouse Electric Corporation</u><br>　　　　　　　　Defendant | * MDL Docket No. 875 |
| (See attached Schedule A for case list) | * |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

On behalf of Defendant, CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, for all matters listed on the attached Schedule A, please ENTER the appearance of Edward F. Houff, Esquire and Philip A. Kulinski, Esquire, Evert Weathersby Houff, Suntrust Bank Building, 120 E. Baltimore St., Suite 1300, Baltimore, MD 21202, in all such matters listed on the attached Schedule A.

<u>/s/ Philip A. Kulinski</u>
Edward F. Houff
Philip A. Kulinski
Evert Weathersby Houff
Suntrust Bank Building
120 E. Baltimore St.
Suite 1300
Baltimore, MD 21202
(443)573-8500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 10th day of January, 2007, the foregoing Notice of Entry of Appearance was electronically filed and served on counsel of record pursuant to FED. R. CIV. P. 5.

/s/ *Philip A. Kulinski*
Philip A Kulinski
MD Federal Bar No. 27543

## SCHEDULE A

| PARTY | CASE NO. |
|---|---|
| COOK, et ux. v. AC & S, Inc., et al. | 1:02-cv-02355 |
| HARRIS, et ux. v. AC & S, Inc., et al. | 1:02-cv-03717 |
| STOECKER, et ux. v. AC & S, Inc., et al. | 1:02-cv-03124 |
| WAGNER, et ux. v. AC & S, Inc., et al. | 1:02-cv-03582 |
| GODFREY, et ux. v. BMI, Inc., et al. | 1:02-cv-03939 |
| YINGLING, et ux. v. Anchor Packing Company, et al. | 1:03-cv-00655 |
| FITCH, et ux. v. Anchor Packing Company, et al. | 1:03-cv-00877 |
| MILLS, et ux. v. Anchor Packing Company, et al. | 1:03-cv-00803 |
| STOECKER, et ux. v. Anchor Packing Company, et al. | 1:03-cv-02419 |
| KOROLCHUCK, et ux. v. Anchor Packing Company, et al. | 1:03-cv-02302 |
| MILLER, et ux. v. Anchor Packing Company, et al. | 1:03-cv-03094 |